UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HECTOR CORRAL,<br><br>    Defendant. | 2:12-CR-cv-00029-LRH-PAL<br><br>ORDER |

On December 5, 2012, the court granted the Federal Public Defender's sealed "Ex-Parte Motion to Withdraw and Appointment of New Counsel" (#68) and new counsel was ordered appointed (#70). Therefore:

IT IS HEREBY ORDERED that Angela H. Dows, Esq. is appointed as counsel for Hector Corral in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Ms. Dows forthwith.

IT IS SO ORDERED.

DATED this 10th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE